# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 14, 2015

Robert P. Young, Jr.,
Chief Justice

148898-9(122)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

JEANNE HARRISON,
      Plaintiff-Appellee,

v

MUNSON HEALTHCARE, INC.,
      Defendant-Appellant,
and

SURGICAL ASSOCIATES OF TRAVERSE CITY,
P.L.L.C., WILLIAM P. POTTHOFF, M.D., and
CINDY GILLIAND, R.N.,
      Defendants,
and

THOMAS R. HALL,
      Appellee.
_____/

SC: 148898-9
COA: 304512, 304539
Grand Traverse CC:
      2009-027611-NH

      On order of the Chief Justice, the motion of defendant-appellant for leave to file a reply in support of the application for leave to appeal is GRANTED. The reply submitted on July 2, 2015, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 14, 2015

